UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

LYDIA DEJESUS,

        Plaintiff,

  v.

KIDS ACADEMY, INC.,
doing business as
KIDACADEMY LEARNING CENTER,
and GOLDBIL INVESTMENT CORP.,
doing business as
KIDACADEMY LEARNING CENTER,

        Defendants.

1:18-cv-13822-NLH-AMD

**ORDER**

---

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   21st   day of   April  , 2020

ORDERED that Plaintiff's MOTION for Default Judgment [7] be, and the same hereby is, GRANTED IN PART:

(1) Plaintiff is entitled to judgment in her favor as to Defendants' liability for their violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et seq. (Count One), the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, et seq. (Count Two), the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601, et seq., and New Jersey Law Against Discrimination ("NJLAD"), N.J.S.A. 10:5-1, et seq.;

(2) Plaintiff is entitled to damages as follows:

- Count One - ADA:  front pay, back pay, compensatory damages, attorney's fees and costs

- Count Two - ADEA: front pay, back pay, attorney's fees and costs

- Count Three - FMLA: front pay, back pay, liquidated damages, attorney's fees and costs

- Count Four - NJLAD: front pay, back pay, compensatory damages, attorney's fees and costs

- The Court reserves decision as to Plaintiff's request for damages that are punitive in nature;

and it is further

ORDERED that within 15 days, Plaintiff shall file a supplemental submission to quantify the amount of damages and attorney's fees and costs, as well as support her request for punitive damages, as directed in the Court's Opinion.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.