UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LYDIA DEJESUS,

        Plaintiff,

  v.

KIDS ACADEMY, INC.,
doing business as
KIDACADEMY LEARNING CENTER,
and GOLDBIL INVESTMENT CORP.,
doing business as
KIDACADEMY LEARNING CENTER,

        Defendants.

1:18-cv-13822-NLH-AMD

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___16th___ day of ___December___, 2020

ORDERED that Plaintiff's Supplemental MOTION for Default Judgment [13] be, and the same hereby is, DENIED; and it is further

ORDERED that Defendants' MOTION to Vacate Default Judgment [22] be, and the same hereby is, GRANTED; and it is further

ORDERED that the Judgment by Default [9, 10] entered on April 21, 2020 be, and the same hereby is, VACATED; and it is further

ORDERED that an appropriate sanction for Defendants' culpable conduct in previously failing to appear in this action is the award of attorney's fees and costs incurred by Plaintiff

in pursuing default and default judgment, as well as in opposing Defendants' motion to vacate; and it is further

ORDERED that, within 30 days of today, Defendants shall reimburse Plaintiff for her attorney's fees and costs in the amount of $4,340.20; and it is finally

ORDERED that the action shall proceed in due course pursuant to the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |